# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Robert Scott Palmer<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00301<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/12/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon),
18 U.S.C. § 231(a)(3) and 2 - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. §§ 1752(a)(1), (2) and (4) and (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Major, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/12/2021

*Judge's signature*

City and state:  Washington, D.C.    G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*