AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00301 |
| Robert Scott Palmer | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/12/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Robert Scott Palmer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon);
18 U.S.C. § 231(a)(3) and 2 - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1752(a)(1), (2) and (4) and (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.

Date:    03/12/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.03.12 14:14:17 -05'00'

City and state:    Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  3/12/2021 , and the person was arrested on *(date)*  3/17/2021
at *(city and state)*  Tampa, Florida .

Date:  3/17/2021

*Arresting officer's signature*

TERRY L. RAHL, SPECIAL AGENT
*Printed name and title*