AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00301 |
| Robert Scott Palmer | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/12/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Robert Scott Palmer    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon) ;
18 U.S.C. § 231(a)(3) and 2 - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1752(a)(1), (2) and (4) and (b)(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.

Date: 03/12/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.03.12 14:14:17 -05'00'

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  3/12/2021 , and the person was arrested on *(date)*  3/17/2021
at *(city and state)*  Tampa, Florida .

Date:  3/17/2021

*Arresting officer's signature*

TERRY L. RAHL, SPECIAL AGENT
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Robert Scott Palmer
8:21-mj-1247-T-JSS

| **Date**: March 17, 2021 | **Court Reporter**: **Digital** |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:13 PM–2:37 PM | Total: 24 mins. | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Patrick Scruggs, AUSA | Bjorn Brunvand, Retained |
| **Initial Appearance-Rule 5/Bond Hearing/Detention Hearing** ||
| Defendant present and provided a copy of the Complaint. <br> Arrest Date: 3/17/2021 <br> Court summarizes the charges and advises Defendant of Rule 5 rights. <br> Proceedings conducted pursuant to Rule 5(c) <br> Preliminary hearing waived. <br> Identity hearing waived. <br> Government does not seek detention. <br> Defendant does not oppose the government's motion for release. <br> Court sets the following conditions of release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida and District of Columbia, reside at current address and cannot change address without PTS approval; cannot commit crime; report to PTS as directed; no new travel documents, no narcotic drugs unless prescribed by a licensed medical practitioner, submit to mental health evaluation and treatment, continue employment, $25k signature bond, co-signed by Carol Peros, Third party custodian. <br><br> Due Process Act Oral Order given. ||

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| ROBERT SCOTT PALMER | ) Case No. 8:21-mj-1247-T-JSS |
| Defendant | ) |

*U.S. MARSHAL RECEIVED 2021 MAR 17 AM 3:03 MIDDLE DIST OF FLORIDA TAMPA FLORIDA*

## APPEARANCE BOND

### Defendant's Agreement

I, __ROBERT SCOTT PALMER__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __25,000.00__ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 03/17/2021

_X [signature]_
Defendant's signature

_Carol R. Peros_
Surety/property owner – printed name

_Carol R. Peros  3/17/2021_
Surety/property owner – signature and date

___
Surety/property owner – printed name

___
Surety/property owner – signature and date

___
Surety/property owner – printed name

___
Surety/property owner – signature and date

CLERK OF COURT

Date: 03/17/2021

_C. Reaues_
Signature of Clerk or Deputy Clerk

Approved.

Date: 03/17/2021

_[signature]_
Judge's signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.

Case No.: 8:21-mj-1247-JSS

ROBERT SCOTT PALMER

_____/

## ORDER SETTING CONDITIONS OF RELEASE

It is hereby **ORDERED**:

1. The United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following attached conditions of release.

2. The conditions of release are hereby established as set forth below.

**DONE** and **ORDERED** in Tampa, Florida, on March 17, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service

## CONDITIONS OF RELEASE

1. Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

2. Defendant must advise the United States Pretrial Services or supervising officer in writing before making any change of residence or telephone number.

3. Defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida or District of Columbia without first obtaining written permission of the United States District Court.

4. Defendant must not violate federal, state, or local law while on release.

### SPECIAL CONDITIONS OF DEFENDANT'S RELEASE:

   a. Defendant shall submit to supervision by and report for supervision to the United States Pretrial Services as directed by the United States Pretrial Services or supervising officer.

   b. Defendant shall not obtain a passport or other international travel document.

   c. Defendant may travel to the District of Columbia to/for Court proceedings only. Prior to any travel, Defendant must notify the United States Pretrial Services of the date of travel, travel itinerary, and the specific address of residence within the District of Columbia.

   d. Defendant shall report to the District of Columbia on March 23, 2021 at 1:00 p.m via Zoom. for proceedings in that district.

   e. Defendant shall not possess a firearm, destructive device, or other weapon.

   f. Defendant shall not use alcohol at all.

   g. Defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

   h. Defendant shall submit to mental health evaluation and any treatment deemed necessary, to include psychiatric medication and treatment, with the costs to be borne by Defendant as directed by United States Pretrial Services.

   i. Defendant shall continue employment.

   j. Defendant shall execute an appearance bond binding Defendant to pay the United States of America the sum of $25,000, co-signed by Carol Peros, with no deposit made into the Registry of the Court, in the event of a failure to appear as required

or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the conditions of release imposed herein.

k. Defendant is placed in the custody of Carol Peros, who agrees to: (a) supervise Defendant; (b) use every effort to assure Defendant's appearance at all court proceedings; and (c) notify the court immediately if Defendant violates a condition of release or is no longer in the custodian's custody.



| _____ | March 17, 2021 |
| Custodian's Signature | Date |
| ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ |
| City and State | Telephone Number |

l. Defendant shall report as soon as possible, to the United States Pretrial Services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADVICE OF PENALTIES AND SANCTIONS

Defendant is advised of the following penalties and sanctions:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

3

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF THE DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Signed in Tampa, Florida, on March 17, 2021.

X _[signature]_____
Defendant's Signature

The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813-301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, Florida 33602.

The telephone number of the United States Marshals Service for the Middle District of Florida, Tampa Division, is: 813-228-2146.

The telephone number and mailing address of the United States Attorney's Office for the Middle District of Florida, Tampa Division, are: 813-274-6000; and Park Tower, Suite 3200, 400 North Tampa Street, Tampa, Florida 33602.

The telephone number and address of the United States Pretrial Services, Tampa Division, are: 813-225-7648 or 1-800-676-0125; and 301 Federal Building, 500 Zack Street, Tampa, Florida 33602.

The telephone number and address of the United States Probation Office, Tampa Division, are: 813-301-5600; and 501 East Polk Street, Room 800, Tampa, Florida 33602.

<u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Julie S. Sneed, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order** at least **three (3)** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:21-mj-01247-JSS
Charging District
Case No. 1:21-mj-00301

ROBERT SCOTT PALMER/

### ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION

Defendant, having appeared before this Court pursuant to Federal Rule of Criminal Procedure 5(c)(2), proceedings having been concluded, and Defendant released pending further proceedings:

**IT IS ORDERED** that Defendant be held to answer in the United States District Court for the District of Columbia and shall appear at all proceedings as required. Defendant shall next appear before Magistrate Judge Zia Faruqui on March 23, 2021.

**DONE** and **ORDERED** in Tampa, Florida, on March 17, 2021.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copy furnished to:
Counsel of Record

BOND, CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:21-mj-01247-JSS All Defendants

Case title: USA v. Palmer
Other court case number: 1:21-mj-00301 District of Columbia

Date Filed: 03/17/2021
Date Terminated: 03/17/2021

Assigned to: Magistrate Judge Julie S. Sneed

### Defendant (1)

**Robert Scott Palmer**
*TERMINATED: 03/17/2021*

represented by **Bjorn Erik Brunvand**
Bjorn E. Brunvand, PA
615 Turner St
Clearwater, FL 33756
727/446-7505
Fax: 727/446-8147
Email: bjorn@acquitter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES, 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS | |

### Plaintiff

| | |
|---|---|
| USA | represented by **Patrick Scruggs**<br>US Attorney's Office - FLM<br>Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>813-274-6034<br>Email: patrick.scruggs@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2021 | [1](#) | Arrest pursuant to Rule 5(c)(2) of Robert Scott Palmer from the District of Columbia. (CDT) (Entered: 03/17/2021) |
| 03/17/2021 | 2 | ORAL MOTION for Release from Custody by USA as to Robert Scott Palmer. (CDT) (Entered: 03/18/2021) |
| 03/17/2021 | [3](#) | Minute Entry for In Person proceedings held before Magistrate Judge Julie S. Sneed: ORAL ORDER granting 2 ORAL MOTION for Release from Custody as to Robert Scott Palmer (1); INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 3/17/2021 as to Robert Scott Palmer from the District of Columbia. ; Detention Hearing as to Robert Scott Palmer held on 3/17/2021; Bond Hearing as to Robert Scott Palmer held on 3/17/2021. (DIGITAL) (Interpreter/Language: N/A) (CDT) (Entered: 03/18/2021) |
| 03/17/2021 | 4 | **ORAL ORDER as to Robert Scott Palmer: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Julie S. Sneed on 3/17/2021. (CDT)** (Entered: 03/18/2021) |
| 03/17/2021 | [5](#) | **Signature BOND entered as to Robert Scott Palmer in amount of $25,000. Signed by Magistrate Judge Julie S. Sneed on 3/17/2021. (CDT)** Modified on 3/19/2021 (JLD). (Entered: 03/18/2021) |
| 03/17/2021 | [6](#) | **ORDER Setting Conditions of Release Signed by Magistrate Judge Julie S. Sneed on 3/17/2021. (CDT)** (Entered: 03/18/2021) |
| 03/17/2021 | [7](#) | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Robert Scott Palmer Signed by Magistrate Judge Julie S. Sneed on 3/17/2021. (CDT)** (Entered: 03/18/2021) |
| 03/18/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Robert Scott Palmer regarding your case number: 1:21-mj-00301. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (CDT) (Entered: 03/18/2021) |

### PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 03/31/2021 13:38:21 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-mj-01247-JSS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**